# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel M. Fonseca-Piraquive**                    **Docket No. 5:14-MJ-2205-1**

## Petition for Action on Probation

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel M. Fonseca-Piraquive, who, upon an earlier plea of guilty to Count 2- Resist, Delay or Obstruct, in violation of 18 U.S.C § 13, assimilating N.C.G.S 14-223 and Count 6- Assault on a Law Enforcement Officer, in violation of 18 U.S.C § 111, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on July 9, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 13, 2015, the defendant submitted a urine specimen which tested positive for marijuana and cocaine. When confronted with the results, the defendant admitted to the use of both substances. The defendant has been placed in drug treatment and we will continue to monitor his drug use through the Surprise Urinalysis Program. Furthermore, the offender has requested a mental health evaluation stating he feels there are things that a psychiatrist could assist him with as it relates to his substance abuse problems. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                    /s/ Tiffany C. Peacock
Robert L. Thornton                        Tiffany C. Peacock
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910-354-2545 Executed
                                          On: October 21, 2015

## ORDER OF THE COURT

Considered and ordered this __22nd__ day of _____October_____, 2015 and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge