UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Daniel M. Fonseca-Piraquive          Docket No. 5:14-MJ-2205-1

**Petition for Action on Probation**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel M. Fonseca-Piraquive, who, upon an earlier plea of guilty to Resist, Delay, or Obstruct, in violation of 18 U.S.C § 13, assimilating N.C.G.S 14-223 and Assault on a Law Enforcement Officer, in violation of 18 U.S.C § 111, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on July 9, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 15, 2016, the defendant's supervision was extended until September 30, 2016. The defendant was ordered to be confined in the custody of the Bureau of Prisons for a period of 19 days intermittently as arranged by the probation office. The defendants designation was placed, however the Cumberland County Detention Center and the Bureau of Prisons suspended weekend time. As a result the defendant has not been able to complete the ordered designation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended until November 21, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith          /s/ Tiffany C. Peacock
Eddie J. Smith          Tiffany C. Peacock
Supervising U.S. Probation Officer          U.S. Probation Officer
         310 Dick Street
         Fayetteville, NC 28301-5730
         Phone: 910-354-2545
         Executed On: September 16, 2016

**ORDER OF THE COURT**

Considered and ordered this 16th day of September, 2016, and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge